```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VARDEN O. TAPLIN,

                        Petitioner,
                                                No. 9:04-CV-935
            v.                                    (FJS/RFT)

MICHAEL RABIDEAU,

                        Respondent.
_____


APPEARANCES:                            OF COUNSEL

VARDEN O. TAPLIN
Petitioner, Pro Se
02-B-1652
Groveland Correctional Facility
7000 Sonyea Road
Sonyea, NY 14556


HON. ANDREW M. CUOMO                    MARIA MORAN, ESQ.
Attorney General for the State of New York   Assistant Attorney General
Attorney for Respondent
615 Erie Boulevard West
Suite 102
Syracuse, NY   13204-2455
```

**FREDERICK J. SCULLIN, JR.,S.D.J.:**

### DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation and Order of Magistrate Judge Randolph F. Treece filed June 2, 2008 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation and Order having been filed, the Court hereby

**ORDERS** that the Report-Recommendation and Order of Magistrate Judge Randolph F. Treece filed June 2, 2008 is **ACCEPTED** in its entirety; and the Court further

**ORDERS** that Taplin's Petition for a Writ of Habeas Corpus is **DENIED** and the Court further

**ORDERS** that because the Court finds Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability should issue with respect to any of the Petitioner's claims.  See 28 U.S.C.§ 2253(c)2).

**IT IS SO ORDERED.**

DATED: June 23, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge